STANLEY SIEDLARCZYK v. BOARD OF EDUCATION OF THE CITY OF GARFIELD, BERGEN COUNTY.

January 22, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN LOUGHNEY.

January 23, 1986.

Petition for certification granted, and the matter is summarily remanded to the Superior Court, Law Division, for resentencing on those aspects of defendant's sentences that are not in accord with *State v. Yarbough,* 100 *N.J.* 627 (1985), and *State v. Roth,* 95 *N.J.* 334 (1984).

Jurisdiction is not retained.

NAGY NAKHLA, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF MARIANNA NAKHLA, AN INFANT, AND NANEX NAKHLA v. SINGER–SHOPRITE, INC.

January 23, 1986.

Petition for certification denied.  (See 205 *N.J.Super.* 184)

JUDY COLEMAN v. CYCLE TRANSFORMER CORPORATION.

January 23, 1986.

Petition for certification granted.